AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

LEONIE ROTHLEDER

V.

MERCK & CO., INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: MDL No. 1:06-MD-1789 (JFK)

**07 CIV 9817**

TO: (Name and address of Defendant)

Merck & Co., Inc.
One Merck Drive
P.O. Box 100
Whitehouse Station, NJ

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Miller, Curtis & Weisbrod, LLP
11551 Forest Central, Suite 300
Dallas, TX 75243

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

(By) DEPUTY CLERK

DATE  NOV 0 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11/20/2007 |
| NAME OF SERVER *(PRINT)* Kimberly Walker | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Certified Mail No. 7006 2760 0005 0873 6250

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/10/2008
                Date

Signature of Server: *Kimberly Walker*

Address of Server:
MILLER, CURTIS & WEISBROD, L.L.P.
P.O. BOX 821329
DALLAS, TX 75382-1329

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: C T Corporation System
Street, Apt. or PO Box: 111 Eighth Avenue
City, State, ZIP: New York, NY 10011

336407   11/16/07   KW   27MCW1319

Article number: 7006 2760 0005 0873 6250

PS Form 3800

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   C T Corporation System
   111 Eighth Avenue
   New York, NY 10011

   336407   11/16/07   KW   27MCW1319   Rothleder

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Certified Mail Received    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
NOV 20 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   NYSOP
   CT, a Wolters Kluwer Business

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0005 0873 6250

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540